JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY HOOD.<br><br>               Plaintiff,<br><br>  vs.<br><br>AETNA LIFE INSURANCE COMPANY<br><br>               Defendant. | CASE NO. 2:20-cv-01158-DSF-JEM<br><br>Los Angeles Superior Court Case No.: 291WSC00008<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

For good cause shown, the Court GRANTS the stipulation and dismisses the captioned action without prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 15, 2020

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE